Harrison A. Pavlasek
State Bar No. 24126906
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
hpavlasek@forsheyprostok.com

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

Patrick W. Carothers (PA ID No. 85721)*
Gregory W. Hauswirth (PA ID No. 307482)*
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.7500
Facsimile:  412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

\* Admitted pro hac vice

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| M&G Transportation, LLC, | ) Bankruptcy Case No. 24-20129-rjl11 |
| | ) |
| Debtor. | ) |
| | ) |

**DEBTOR'S MOTION REQUESTING AN EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:

M&G Transportation, LLC ("Debtor"), by and through its proposed undersigned counsel, hereby files this *Debtor's Motion Requesting an Extension of Time to File Schedules and Statement of Financial Affairs* (the "Motion"), and avers as follows:

**JURISDICTION AND VENUE**

1. On May 15, 2024 (the "Petition Date"), Debtor commenced this Chapter 11, Subchapter V bankruptcy case (this "Chapter 11 Case") through the filing of its voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C §§ 101–1501 et seq. (the "Bankruptcy Code").

2. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue of this Chapter 11 Case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. Debtor remains in possession of its assets and continues to operate and manage its business as a "debtor-in-possession" pursuant to Sections 1107(a) and 1184 of the Bankruptcy Code.

4. Further information regarding Debtor's history, business operations, and events leading up to the commencement of this case is more fully described in the *Declaration of Manuel Gutierrez in Support of Chapter 11 Petition and First Day Motions* [Docket No. 14], which was filed on the Petition Date and is incorporated herein by reference.

## RELIEF REQUESTED

5. Debtor is actively working to complete and promptly file its Schedules and Statements (as defined herein). At this juncture, Debtor seeks a limited extension to the time for which Debtor must file Schedules and Statements, to and including June 17, 2024. Such extension of time would be no later than seven (7) days prior to Debtor's meeting of creditors under section 341 of the Bankruptcy Code, currently scheduled for June 24, 2024, at 1:00 p.m. (Central Time). Debtor is finalizing its Schedules and Statements and anticipates it will have its filing completed well in advanced of the requested proposed extension.

## BASIS FOR RELIEF

6. Debtor requests an extension of the deadline for filing or providing schedules, statement of financial affairs, and other documents required by, *inter alia*, section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Civil Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the

Northern District of Texas (the "Local Rules") (collectively, the "Schedules and Statements"). The current deadline for Debtor to file its Schedules and Statements is May 29, 2024. Debtor seeks a limited extension to file its Schedules and Statements through and including June 17, 2024.

7. Debtor submits that cause exists to grant the requested extension to file its Schedules and Statements pursuant to Bankruptcy Rule 1007(c). Debtor is actively working to finalize its Schedules and Statements and believes that additional time beyond the current deadline will be required to compile the significant number of documents and financial information necessary to prepare the Schedules and Statements. The amount of time required to prepare the Schedules and Statements, in addition to the time required for Debtor to fulfill other burdens associated with the commencement of this case, necessitate the brief extension requested herein.

8. The extension requested herein will not prejudice any creditor or other party in interest. The meeting of creditors is currently set for June 24, 2024, at 1:00 p.m. (Central Time). If this Motion is granted, the Schedules and Statements will be filed no later than one (1) week in advance of the 341 meeting, affording sufficient time to all creditors and parties in interest to review such Schedules and Statements.

## NO PRIOR REQUEST

9. No prior motion for the relief requested herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, Debtor requests entry of an Order granting the relief requested herein, substantially in the form attached hereto as Exhibit A, and such other and further relief as is just and proper.

Case 24-20129-mvl11　　Doc 42　　Filed 05/29/24　　Entered 05/29/24 16:55:04　　Desc Main
Document　　　Page 4 of 9

Dated:  May 29, 2024　　　　　　　　　　Respectfully submitted,

CAROTHERS & HAUSWIRTH LLP

*/s/ Gregory W. Hauswirth*
Patrick W. Carothers (PA ID No. 85721)*
Gregory W. Hauswirth (PA ID No. 307482)*
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412.910.7500
Facsimile:  412.910.7510

pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*\* Admitted pro hac vice*

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

-and-

FORSHEY & PROSTOK LLP

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek
State Bar No. 24126906
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
hpavlasek@forsheyprostok.com

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

Case 24-20129-mvl11　　Doc 42　　Filed 05/29/24　　Entered 05/29/24 16:55:04　　Desc Main
Document　　　Page 4 of 9

**DEBTOR'S MOTION REQUESTING AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**　　　　　　　　　　**PAGE 4**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on May 29, 2024, I attempted to confer with Asher Bublick, trial attorney in the Office of the United States Trustee, regarding the Motion. As of the filing of this Motion, I was not yet able to obtain the United States Trustee's consent to the relief requested herein.

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the Court's CM/ECF System and on the service list attached hereto by United Staes Mail, first class postage prepaid, on May 29, 2024.

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek

L:\BFORSHEY\M&G Transportation LLC # _ (LC Ch. 11)\Pleadings\Motion to Extend Deadline to File Schedules 5.29.24.docx

**<u>Exhibit A</u>**

**"Proposed Order"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| M&G Transportation, LLC, | ) Bankruptcy Case No. 24-20129-rjl11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING DEBTOR'S
MOTION REQUESTING AN EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the *Debtor's Motion Requesting an Extension of Time to File Schedules and Statement of Financial Affairs*, dated May 29, 2024 (the "Motion"),[1] of M&G Transportation, LLC (the "Debtor") as debtor and debtor-in-possession, for extension of the deadline for filing or providing schedules, statement of financial affairs, and other documents required by, *inter alia*, section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and Local Rule 1007-1 (the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

"Schedules and Statements"); and it appearing that the Court has jurisdiction over this matter; and it appearing that the relief requested in the Motion is in the best interests of Debtor and its estate and creditors; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that the Motion should be granted:

**ACCORDINGLY**, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline by which Debtor must file its Schedules and Statements is hereby extended through and including **June 17, 2024**.

3. The relief granted herein is without prejudice to Debtor's right to seek an additional extension of the deadline to file its Schedules and Statements upon a showing of cause.

### ### END OF ORDER ###

Order Submitted by:

CAROTHERS & HAUSWIRTH LLP

*/s/ Gregory W. Hauswirth*
Patrick W. Carothers (PA ID No. 85721)*
Gregory W. Hauswirth (PA ID No. 307482)*
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.7500
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

* *Admitted pro hac vice*

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

-and-

FORSHEY & PROSTOK LLP

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek
State Bar No. 24126906
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
hpavlasek@forsheyprostok.com

*Proposed Attorneys for Debtor, M&G Transportation, LLC*

L:\BFORSHEY\M&G Transportation LLC # _ (LC Ch. 11)\Pleadings\Order Extending Deadline to File Schedules 5.29.24.docx