

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 5, 2024

_____
**United States Bankruptcy Judge**

_____


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| M&G TRANSPORTATION, LLC | § | Case No. 24-20129-RLJ11V |
| | § | |
| Debtor. | § | |

## AGREED ORDER ON INTERSTATE BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ADQUATE PROTECTION

On this day, came on to be considered the Agreed Motion for Relief from Automatic Stay and for Adequate Protection that was filed by Interstate Bank in the above entitled and numbered bankruptcy case, and the Court having considered the motion, and the motion having been properly noticed to the Debtor, Debtor's Counsel, the Office of the U.S. Trustee, and all creditors and parties in interest, and having been advised by Interstate Bank and the Debtor, that the parties have entered into an agreement regarding the termination of the stay FINDS:

1. That all creditors and parties in interest have received adequate notice and opportunity to object;

2. That as of the date of the filing of Debtor's bankruptcy case, M&G

Transportation, LLC (the "Debtor") was indebted to Interstate Bank.

3. The Debtor has indicated its intention to surrender the vehicles, tractors, and trailers listed on Exhibit A to Interstate Bank (the "**Surrendered Rolling Stock**"). The Parties agree that the Debtor does not have any equity in the Surrendered Rolling Stock and that the Surrendered Rolling Stock is not necessary for a reorganization.

4. Interstate Bank is requesting that the stay be terminated as against the Surrendered Rolling Stock so that it may enforce its legal rights and remedies pursuant to the Loan Documents and state law.

5. That cause exists to terminate the stay because the Debtor is in default under the Loan Documents, the Debtor does not have any equity in the Surrendered Rolling Stock, and the Surrendered Rolling Stock is not necessary for an effective reorganization.

6. That the Debtor has agreed to the termination of the automatic stay to allow Interstate Bank the ability to take possession of the Surrendered Rolling Stock and to dispose of it pursuant to the Loan Documents and state law.

7. That the Debtor further agrees to assist Interstate with the delivery of the surrendered Rolling Stock to a location in Amarillo, Texas designated by Interstate.

8. That the Debtor intends to use the vehicles, tractors, and trailers listed on Exhibit B (the "**Remaining Rolling Stock**") in its business operations.

9. That the Debtor's use of the Remaining Rolling Stock will cause a diminution in value to the Remaining Rolling Stock, i.e. the collateral of Interstate Bank, post-petition.

10. That to adequately protect Interstate Bank for the use of the Remaining Rolling Stock, the Debtor will pay to Interstate Bank monthly adequate protection payments of $10,000 with the first payment due on June 15, 2024, and each subsequent payment due on the same day

of each succeeding month until the Debtor has confirmed a plan of reorganization, the case is converted to Chapter 7 of the Bankruptcy Code, the case is dismissed, or further order of this Court.

11. That as further adequate protection, the Debtor will maintain insurance coverage on the Remaining Rolling Stock and list Interstate Bank as the loss payee.

Accordingly, the Court hereby ORDERS that the automatic stay which was entered into pursuant to 11 U.S.C. § 362 is terminated as it pertains to the Surrendered Rolling Stock and Interstate Bank's secured interest in the Surrendered Rolling Stock as follows: the automatic stay as against the Surrendered Rolling Stock shall be terminated upon entry of this Order, Interstate Bank is authorized to take possession of the Surrendered Rolling Stock, Interstate Bank is authorized to exercise any and all remedies afforded it pursuant to the terms of the Loan Documents, including selling the Surrendered Rolling Stock in a commercially reasonable manner and applying the sales proceeds to reduce the indebtedness owed to Interstate Bank by the Debtor.

The Court further ORDERS that the Debtor and all parties in interest reserve any rights they may have to have this Court determine whether any sale conducted by Interstate Bank was done in a commercially reasonable manner.

The Court further ORDERS that the Debtor is authorized to make payment in the amount of $10,0000 per month to Interstate Bank as adequate protection of its interest in the Remaining Rolling Stock to be used by the Debtor post-petition. The first payment of $10,000 shall be made on June 15, 2024, with each subsequent payment due on the same day of each succeeding month until the Debtor has confirmed a plan of reorganization, the case is converted to Chapter 7 of the Bankruptcy Code, the case is dismissed, or further order of this Court.

The Court further ORDERS that the Debtor shall maintain insurance coverage on the Remaining Rolling Stock according to the industry standard for the Debtor's industry and name Interstate Bank as loss payee as additional adequate protection of the Debtor's use of the Remaining Rolling Stock.

The Court further ORDERS that Interstate Bank reserves its rights to seek relief from the stay if the Debtor fails to timely make the monthly adequate protection payments or if the Debtor fails to maintain adequate insurance or fails to name Interstate Bank as the loss payee on any insurance policy covering the Remaining Rolling Stock. Interstate Bank further reserves its rights to seek additional adequate protection should the Debtor not have confirmed a plan of reorganization by October 15, 2024.

The Court further ORDERS that the stay provided under Rule 4001(a)(3) is waived and not in effect upon entry of this Order.

All other relief not specifically requested is denied.

### End of Order ###

**CONTENT AND FORMAT APPROVED AND ENTRY REQUESTED:**

By:  /s/ Brad W. Odell
     Brad W. Odell, SBN 24065839

MULLIN HOARD & BROWN, LLP
P.O. Box 2585
Lubbock, Texas 79408-2585
(806) 765-7491  Telephone
(806) 765-0553  Facsimile
Email:  bodell@mhba.com

-and-

**MULLIN HOARD & BROWN, LLP**
Don Sunderland, SBN: 19511800
Alysia Córdova, SBN: 24074076
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
dsunderl@mhba.com
acordova@mhba.com
*Attorneys for Interstate Bank*

-and-

CAROTHERS & HAUSWIRTH LLP

/s/ Gregory W. Hauswirth (w/ permission)
Patrick W. Carothers (PA ID No. 85721)*
Gregory W. Hauswirth (PA ID No. 307482)*
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone:  412.910.7500
Facsimile:  412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*admitted pro hac vice*

***Proposed Attorney for Debtor,
M&G Transportation, LLC***

**Exhibit A - Collateral to be Surrendered**

| Line No. | Year | Make | Model | Serial/VIN | Cond. | Loan # |
|---|---|---|---|---|---|---|
| 1 | 2005 | Ford | F-450 | 1FDXF46P36EB43038 | Operational- repair work needed | 60856 |
| 2 | 2014 | Freightliner | Cascadia 125 | 1FUJGLDV2ELFW0532 | Not operational - new engine needed | 80114 |
| 3 | 2015 | Freightliner | Cascadia 125 | 3AKJGLD5XFSGM8685 | Totaled - Litigation - Accident | 60856 |
| 4 | 2015 | Freightliner | Cascadia 125 | 3AKJGLD61FSGE7901 | Not operational - new engine needed | 60856 |
| 5 | 2013 | Freightliner | Cascadia 125 | 3AKJGLDR3DSFB4726 | Not operational - new engine needed | 60856 |
| 6 | 2016 | Freightliner | Cascadia 125 | 3AKJGLDR5GSGZ1948 | Not operational - new engine needed | 60856 |
| 7 | 2019 | Freightliner | Cascadia 123 | 3AKJHHDR2KSHU6083 | Operational | 60856 |
| 8 | 2019 | Freightliner | Cascadia 123 | 3AKJHHDR7KSHU6029 | Operational | 60856 |
| 9 | 2001 | Great Dane | Reefer Trailer | 1GRAA06221S041705 | Operational | 60856 |
| 10 | 2001 | Great Dane | Reefer Trailer | 1GRAA062X1S041709 | Operational | 60856 |
| 11 | 2009 | International | Prostar | 2HSCUAPR89C134375 | Operational | 60856 |
| 12 | 2016 | Utility | Reefer Trailer | 1UTVS2533GU539425 | Operational | 60856 |
| 13 | 2014 | Utility | Reefer Trailer | 1UYVS2531EU772412 | Operational | 60856 |
| 14 | 2011 | Utility | Reefer Trailer | 1UYVS2534EM774090 | Operational | 60856 |
| 15 | 2012 | Utility | Reefer Trailer | 1UYVS2536CU248251 | Operational | 60856 |
| 16 | 2015 | Utility | Reefer Trailer | 1UYVS2537FU280596 | Operational | 80114 |
| 17 | 2014 | Utility | Reefer Trailer | 1UYVS2535EU798706 | Operational | 60856 |
| 18 | 2011 | Wabash | Reefer Trailer | 1JJV532B7BL382222 | Operational | 60856 |
| 19 | 2014 | Utility | Reefer Trailer | 1UYVS253XEU760551 | Operational | 60856 |
| 20 | 2012 | Utility | Reefer Trailer | 1UYVS2536CU463306 | Operational | 60916 |
| 21 | 2011 | Great Dane | Reefer Trailer | 1GRAA062XBB700891 | Operational | 80114 |
| 22 | 2010 | Utility | Reefer Trailer | 1UYVS2531AU805001 | Operational | 80114 |
| 23 | 2009 | Utility | Reefer Trailer | 1UYVS25349U708502 | Operational | 60856 |
| 24 | 2012 | Utility | Reefer Trailer | 1UYVS2538CU247845 | Operational | 60856 |
| 25 | 2012 | Utility | Reefer Trailer | 1UYVS2539CU247806 | Operational | 60856 |
| 26 | 2013 | Wabash | Reefer Trailer | 1JJV532BXDL769236 | Operational | 60856 |
| 27 | 2011 | Wabash | Reefer Trailer | 1JJV532B5BL368965 | Operational | 80114 |
| 28 | 2011 | Wabash | Reefer Trailer | 1JJV532B3BL382198 | Operational | 60856 |
| 29 | 2009 | Volvo | VNL64T | 4V4NC9KK09N267482 | Not operational - new transmission needed | 60856 |
| 30 | 2009 | Volvo | VNL64T | 4V4NC9KK09N267515 | Not operational - new transmission needed | 60856 |
| 31 | 2021 | Cargo | Assume 18' | AD6EB1821CC031748 | Operational | 60856 |

**Exhibit B - Collateral to be retained**

| Line No. | Year | Make | Model | Serial/VIN | Cond. | Loan # |
|---|---|---|---|---|---|---|
| 1 | 2021 | Ford | F-250 | 1FT7W2BT8MEE07170 | Operational | 60856 |
| 2 | 2021 | Ford | F-250 | 1FT8W2BT6MED89031 | Operational | 60856 |
| 3 | 2016 | Freightliner | Cascadia 125 | 1FUJGLDR8GLGW8515 | Operational | 60856 |
| 4 | 2014 | Freightliner | Cascadia 125 | 1FUJGLDV8ELFW0521 | Operational | 60856 |
| 5 | 2015 | Freightliner | Cascadia 125 | 3AKJGLD57FSGM7459 | Operational | 60856 |
| 6 | 2021 | Freightliner | Cascadia 123 | 3AKJHHDR8MSMK8615 | Operational | 60856 |
| 7 | 2015 | Great Dane | Reefer Trailer | 1GRAA0627EB703638 | Operational | 60856 |
| 8 | 2019 | Ram | 1500 | 1C6SRFJT1KN543929 | Operational | 60856 |
| 9 | 2011 | Utility | Reefer Trailer | 1UYVS2530BU110008 | Operational | 60856 |
| 10 | 2012 | Utility | Reefer Trailer | 1UYVS2530CU248262 | Operational | 60856 |
| 11 | 2016 | Utility | Reefer Trailer | 1UYVS2530GU539110 | Operational- Accident | 60856 |
| 12 | 2017 | Utility | Reefer Trailer | 1UYVS2530HU806702 | Operational | 60856 |
| 13 | 2016 | Utility | Reefer Trailer | 1UYVS2531GU538919 | Operational | 60856 |
| 14 | 2016 | Utility | Reefer Trailer | 1UYVS2531GU539004 | Operational | 60856 |
| 15 | 2012 | Utility | Reefer Trailer | 1UYVS2532CU190946 | Operational | 60856 |
| 16 | 2012 | Utility | Reefer Trailer | 1UYVS2532CU247842 | Operational | 60856 |
| 17 | 2014 | Utility | Reefer Trailer | 1UYVS2532EU999401 | Operational | 60916 |
| 18 | 2015 | Utility | Reefer Trailer | 1UYVS23532FU186206 | Operational | 60856 |
| 19 | 2017 | Utility | Reefer Trailer | 1UYVS2532H2069319 | Operational | 60856 |
| 20 | 2012 | Utility | Reefer Trailer | 1UYVS2533CM355919 | Operational | 60916 |
| 21 | 2012 | Utility | Reefer Trailer | 1UYVS2533CM355922 | Operational | 60916 |
| 22 | 2015 | Utility | Reefer Trailer | 1UYVS2533FM332306 | Operational | 60856 |
| 23 | 2017 | Utility | Reefer Trailer | 1UYVS2533HU767622 | Operational | 60916 |
| 24 | 2014 | Utility | Reefer Trailer | 1UYVS2534EU857602 | Operational | 60856 |
| 25 | 2015 | Utility | Reefer Trailer | 1UYVS253FM332220 | Operational | 60856 |
| 26 | 2015 | Utility | Reefer Trailer | 1UYVS2534FM332265 | Operational | 60856 |
| 27 | 2015 | Utility | Reefer Trailer | 1UYVS2535FM332324 | Operational | 60856 |
| 28 | 2016 | Utility | Reefer Trailer | 1UYVS2535GU539216 | Operational | 60856 |
| 29 | 2011 | Utility | Reefer Trailer | 1UYVS2536DU552407 | Operational | 60856 |
| 30 | 2015 | Utility | Reefer Trailer | 1UYVS2536FM332333 | Operational | 60856 |
| 31 | 2016 | Utility | Reefer Trailer | 1UYVS2536GU538950 | Operational | 60856 |
| 32 | 2016 | Utility | Reefer Trailer | 1UYVS2536GU539385 | Operational | 60856 |
| 33 | 2012 | Utility | Reefer Trailer | 1UYVS2537CU247805 | Operational | 60856 |
| 34 | 2014 | Utility | Reefer Trailer | 1UYVS2537EU772236 | Operational | 60856 |
| 35 | 2014 | Utility | Reefer Trailer | 1UYVS2537EU772317 | Operational | 60856 |
| 36 | 2015 | Utility | Reefer Trailer | 1UYVS2537FU186444 | Operational | 60856 |
| 37 | 2016 | Utility | Reefer Trailer | 1UYVS2537GU539041 | Operational | 60856 |
| 38 | 2016 | Utility | Reefer Trailer | 1UYVS2537GU539279 | Operational | 60856 |
| 39 | 2016 | Utility | Reefer Trailer | 1UYVS2537GU539282 | Operational | 60856 |
| 40 | 2016 | Utility | Reefer Trailer | 1UYVS2537GU539394 | Operational | 60856 |
| 41 | 2017 | Utility | Reefer Trailer | 1UYVS2537HU767316 | Operational | 60916 |
| 42 | 2010 | Utility | Reefer Trailer | 1UYVS2538AU875319 | Operational | 60856 |
| 43 | 2013 | Utility | Reefer Trailer | 1UYVS2539DM491621 | Operational | 80114 |
| 44 | 2014 | Utility | Reefer Trailer | 1UYVS2539EU772271 | Operational | 60916 |
| 45 | 2017 | Utility | Reefer Trailer | 1UYVS2539HU767320 | Operational | 60856 |
| 46 | 2012 | Utility | Reefer Trailer | 1UYVS253XCU247815 | Operational | 60856 |
| 47 | 2017 | Utility | Reefer Trailer | 1UYVS253XHU767407 | Operational | 60916 |
| 48 | 2011 | Wabash | Reefer Trailer | 1JJV532B1BL382457 | Operational | 60856 |
| 49 | 2011 | Wabash | Reefer Trailer | 1JJV532B8BL382374 | Operational | 60856 |
| 50 | 2015 | Wabash | Reefer Trailer | 1JJV532BXFL863197 | Operational | 60856 |